E-FILED
Thursday, 06 October, 2016  03:43:41 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

FILED

OCT 05 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-300 49 |
| | ) | |
| DONALD DOROSHEFF, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Receiving Child Pornography)

On or about August 6, 2015, in Springfield, in the Central District of Illinois, the

Defendant,

**DONALD DOROSHEFF,**

did knowingly receive a video containing child pornography, as defined in Title 18,

United States Code, Section 2256, that had been mailed, and using any means or facility

of interstate or foreign commerce shipped or transported in or affecting interstate or

foreign commerce by any means, including a computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and

(b)(1).

## COUNT 2
### (Receiving Child Pornography)

On or about April 15, 2015, in Springfield, in the Central District of Illinois, the

Defendant,

**DONALD DOROSHEFF,**

did knowingly receive an image identified as image number 186789, containing child

pornography, as defined in Title 18, United States Code, Section 2256, that had been

mailed, and using any means or facility of interstate or foreign commerce shipped or

transported in or affecting interstate or foreign commerce by any means, including a

computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and

(b)(1).

## COUNT 3
### (Possession of Child Pornography)

On or about March 3, 2016, in Springfield, in the Central District of Illinois, the

Defendant,

## DONALD DOROSHEFF,

did knowingly possess any book, magazine, periodical, film, videotape, computer disk,

or any other material which contained images of child pornography, as defined in Title

18, United States Code, Section 2256(8)(A) and (B), identified as image number

254766012, with said having been shipped and transported, using any means and

facility of interstate and foreign commerce, including by computer, and with said

images being produced using materials that had been mailed, shipped, and transported

in and affecting interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code Section 2252A(a)(5)(B) and (b)(2).

## COUNT 4
### (Possession of Child Pornography)

On or about March 3, 2016, in Springfield, in the Central District of Illinois, the

Defendant,

## DONALD DOROSHEFF,

did knowingly possess any book, magazine, periodical, film, videotape, computer disk,

or any other material which contained images of child pornography, as defined in Title

18, United States Code, Section 2256(8)(A) and (B), identified as image number

71307600, with said having been shipped and transported, using any means and facility

of interstate and foreign commerce, including by computer, and with said images being

produced using materials that had been mailed, shipped, and transported in and

affecting interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code Section 2252A(a)(5)(B) and (b)(2).

## CRIMINAL FORFEITURE NOTICE

The United States hereby gives notice to the defendant, charged in the Indictment, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2252A of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offenses of conviction; and (b) any property, real and personal, used or intended to be used to commit or to promote the commission of the offense of conviction, including , but not limited to the following property:

1. One Dell Inspiron Laptop, service tag BKNBVW1;

2. One Western Digital Laptop My Book, serial number WCAZAL624511

3. Five Flash Drives

4. One Media Card

A TRUE BILL,

s/ Foreperson

_____
FOREPERSON

s/ John Childress

_____
JAMES A. LEWIS
UNITED STATES ATTORNEY
CCC