IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cr-30049 |
| ) | |
| DONALD DOROSHEFF, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

COMES NOW the United States of America, by Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Assistant United States Attorney Crystal C. Correa, and hereby states the following in support of its motion to continue sentencing:

1. This case is presently scheduled for a Final Pretrial Conference on January 30, 2017 and Jury Trial on February 7, 2017, with pre-trial documents due by noon on January 23, 2017.

2. On January 18, 2017, defense counsel filed a Motion to Suppress (d/e 12) and a Motion to Exclude Evidence of Other Crimes (d/e 13).

3. The Government needs more time to adequately research and respond to these motions.

4. Defense counsel has no objection to a continuance.

5. This is the Government's first request for a continuance in this case.

6. A continuance would allow for the most equitable outcome in this case and would satisfy the ends of justice.

WHEREFORE, it is respectfully requests that the United States Motion to Continue the

Final Pretrial Conference and Jury Trial be granted and rescheduled to dates convenient to the Court.

        Respectfully submitted,

        PATRICK D. HANSEN
        ACTING UNITED STATES ATTORNEY

        */s/ Crystal C. Correa*
        Crystal C. Correa
        U.S. Attorney's Office
        318 South 6th Street
        Springfield, IL   62701
        Telephone: 217/492-4450
        Crystal.Correa@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Costello.

*/s/ Crystal C. Correa*